UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Bruce L. DeGeorge

Case No.: 19-26744  
Chapter: 7  
Judge: KCF

### NOTICE OF PROPOSED ABANDONMENT

___Karen E. Bezner___, ___Trustee___ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>United States Bankruptcy Court<br>United States Courthouse<br>402 East State Street<br>Trenton, New Jersey  08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson, U.S.B.J.__ on __November 19, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Debtor's one-half interest in 3 Hialeah Drive, Colts Neck, New Jersey previously listed at $549,000.00 without sale |
|---|---|

| Liens on property: | Bank of America, $46,207.00;<br>PNC Bank, $388,286.00; costs of sale estimated at 10%, or $50,000.00; spouse's share estimated at $32,771.50; net equity $7,771.00 |
|---|---|

| Amount of equity claimed as exempt: | $25,150.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee   /s/ Karen E. Bezner  
Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076  
Telephone No.: (908) 322-8484

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-26744-KCF
Bruce L. DeGeorge                                                     Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2             Date Rcvd: Oct 21, 2019
                              Form ID: pdf905          Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2019.
```
db              +Bruce L. DeGeorge,    1001 Whispering Way,    Apt 178,    Matawan, NJ 07747-1983
518437286       +Alliance One,    6565 Kimball Drive,    Suite 200,    Gig Harbor, WA 98335-1206
518437287        Allied Digestive Health,    P.O. Box 11578,    Newark, NJ 07101-4578
518437288       +Amex/Bankruptcy,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
518437290       +Atlantic Eye Physicians,    279 Third Avenue,    Suite 204,    Long Branch, NJ 07740-6210
518437293       +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
518437298       +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
518437300       +Chase Mortgage,    Attn: Bankruptcy Dept,    Po Box 24696,    Columbus, OH 43224-0696
518437302       +Citi/Sears,    Citibank/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
518437303       +Citibank,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
518437304       +Citibank North America,    Citibank Corp/Centralized Bankruptcy,    Po Box 790034,
                  St Louis, MO 63179-0034
518437308       +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
                  Mason, OH 45040-8999
518437310       +Deptartment Store National Bank/Macy's,    Po Box 8218,    Mason, OH 45040-8218
518437313       +Endoscopy Center of Red Bank,    365 Broad Street,    Suite 2E,    Red Bank, NJ 07701-2151
518437314       +Linebarger Goggan Blair & Sampson, LLP,    61 Broadway,    Suite 2600,    New York, NY 10006-2840
518437316        Macy's,    Department Stores National Bank,    P.O. Box 8061,    Mason, OH 45040-8061
518437317       +Maureen DeGeorge,    813 Windergrove Court,    Ocoee, FL 34761-5610
518437318       +Meridian Medical,    P.O. Box 416768,    Boston, MA 02241-6768
518437319        Monmouth Sleep & Pulmonary Associates,    972 St Rt 36,    Hazlet, NJ 07730-1700
518437320       +New Jersey Natural Gas,    1415 Wyckoff Road,    P.O. Box 1464,    Belmar, NJ 07719-1464
518437321       +New Jersey Turnpike Authority,    Administration Building,    581 Main Street,    P.O. Box 5042,
                  Woodbridge, NJ 07095-5042
518437324       +New York University,    Physician Services,    PO Box 415662,    Boston, MA 02241-5662
518437325       +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
518437326        Professional Account Management, LLC,    P.O. Box 1520,    Milwaukee, WI 53201-1520
518437327       +Raymour & Flanigan,    Attn: Bankruptcy,    Po Box 130,    Liverpool, NY 13088-0130
518437330       +Sequium Asset Solutions, LLC,    1130 Northchase Parkway,    Suite 150,    Marietta, GA 30067-6429
518437331       +Staten Island Orthopedics/Sports Medicin,    2052 Richmond Rd,    Staten Island, NY 10306-2583
518437332        Sunrise Credit Services,    P.O. Box 9100,    Farmingdale, NY 11735-9100
518437341      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,     Atty: Bankruptcy Dept,    Po Box 8026,
                  Cedar Rapids, IA 52409)
518437338        The Port Authority of NY & NJ,    Violation Processing Center,    P.O. Box 15186,
                  Albany, NY 12212-5186
518437342      ++VALLEY,    ATTN ATTN LEGAL DEPARTMENT,    1455 VALLEY ROAD,    WAYNE NJ 07470-8448
                (address filed with court: Valley National Bank,     Attn: Legal Dept,    1455 Valley Rd,
                  Wayne, NJ 07470)
518437344       +Villani & DeLuca, P.C.,    703 Richmond Avenue,    Point Pleasant Beach, NJ 08742-3041
518437345       +Weill Cornell Medicine,    575 Lexington Avenue,    Suite 540,    New York, NY 10022-6145

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 22 2019 00:26:57     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 22 2019 00:26:53     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
518437294       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 22 2019 00:33:35      Capital One,
                  Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518437295       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Oct 22 2019 00:33:42
                  Capital One Auto Finance,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518437296       +E-mail/Text: bk.notifications@jpmchase.com Oct 22 2019 00:26:46      Chase Auto Finance,
                  Attn: Bankruptcy,    Po Box 901076,    Fort Worth, TX 76101-2076
518437306       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 22 2019 00:26:40      Comenity Bank/Pier 1,
                  Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
518437307        E-mail/Text: payments@conservice.com Oct 22 2019 00:27:16     Conservice,    P.O. Box 4718,
                  Logan, UT 84323-4718
518437312        E-mail/Text: mrdiscen@discover.com Oct 22 2019 00:26:06     Discover Financial,
                  Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
518437329       +E-mail/Text: bankruptcy@savit.com Oct 22 2019 00:27:33     SaVit Collection Agency,
                  Attn: Bankruptcy,    Po Box 250,    East Brunswick, NJ 08816-0250
518437333       +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 00:33:25     Syncb/care Credit,
                  Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
518440573       +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 00:34:07     Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518437334       +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 00:33:27     Synchrony Bank/Sams,
                  Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
518437335       +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 00:34:06     Synchrony Bank/Sams Club,
                  Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
518437336        E-mail/Text: bankruptcy@td.com Oct 22 2019 00:26:59     TD Bank,    Attn: Bankruptcy,
                  1701 Rt 70 E,    Cherry Hill, NJ 08034
```

```
District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: Oct 21, 2019
                              Form ID: pdf905          Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
518437343       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 22 2019 00:25:29
                 Verizon Wireless,   Attn: Verizon Wireless Bankruptcy Admini,   500 Technology Dr, Ste 550,
                 Weldon Spring, MO 63304-2225
                                                                                                 TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518437305         Cole Taylor Bk/dovenmu
cr*              +Maureen DeGeorge,    813 Windergrove Court,   Ocoee, FL 34761-5610
518437289*       +Amex/Bankruptcy,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
518437292*       +Bank of America,    Attn: Bankruptcy NC4-105-02-77,    Po Box 26012,    Greensboro, NC 27420-6012
518437297*       +Chase Auto Finance,    Attn: Bankruptcy,    Po Box 901076,    Fort Worth, TX 76101-2076
518437299*       +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
518437301*       +Chase Mortgage,    Attn: Bankruptcy Dept,    Po Box 24696,    Columbus, OH 43224-0696
518437309*       +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
                  Mason, OH 45040-8999
518437311*       +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
                  Mason, OH 45040-8999
518437315*       +Linebarger Goggan Blair & Sampson, LLP,    61 Broadway,    Suite 2600,    New York, NY 10006-2840
518437322*       +New Jersey Turnpike Authority,    Administration Building,    581 Main Street,    P.O. Box 5042,
                  Woodbridge, NJ 07095-5042
518437323*       +New Jersey Turnpike Authority,    Administration Building,    581 Main Street,    P.O. Box 5042,
                  Woodbridge, NJ 07095-5042
518437328*       +Raymour & Flanigan,    Attn: Bankruptcy,    Po Box 130,    Liverpool, NY 13088-0130
518437337*      ++TD BANKNORTH NA,    70 GRAY ROAD,    FALMOUTH ME 04105-2299
                 (address filed with court: TD Bank,    Attn: Bankruptcy,    1701 Rt 70 E,
                  Cherry Hill, NJ 08034)
518437339*        The Port Authority of NY & NJ,    Violation Processing Center,    P.O. Box 15186,
                  Albany, NY 12212-5186
518437340*        The Port Authority of NY & NJ,    Violation Processing Center,    P.O. Box 15186,
                  Albany, NY 12212-5186
518437291       ##+Bank of America,    Attn: Bankruptcy NC4-105-02-77,    Po Box 26012,    Greensboro, NC 27420-6012
                                                                                         TOTALS: 1, * 15, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2019 at the address(es) listed below:
              Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner     on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Stuart M. Nachbar     on behalf of Debtor Bruce L. DeGeorge stuart@snanj.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```