UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on November 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No.:    19-26744 |
| Bruce L. DeGeorge | Chapter:    7 |
| | Hearing Date:   11/19/19 |
| | Judge:    Kathryn C. Ferguson |

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is **ORDERED**.

**DATED: November 19, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having reviewed the movant's motion for relief from stay, and any related responses or objections, it is hereby

ORDERED that:

1.  The automatic stay is lifted to allow the movant to file any appropriate motions in the family court including enforcement motions or seeking to sell property of the estate that has been abandoned.

2.  That the request to waive the fee for filing the motion is granted.

3. The movant shall serve a copy of this order on the debtor, debtor's attorney and the Chapter 7 trustee within 7 days from the date of this order.