UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on November 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Bruce L. DeGeorge

| | |
|---|---|
| Case No.: | 19-26744 |
| Chapter: | 7 |
| Hearing Date: | 11/19/19 |
| Judge: | Kathryn C. Ferguson |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

The relief set forth on the following pages, numbered two (2) through two (2) is **ORDERED**.

**DATED: November 19, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having reviewed the movant's motion for relief from stay, and any related responses or objections, it is hereby

ORDERED that:

1. The automatic stay is lifted to allow the movant to file any appropriate motions in the family court including enforcement motions or seeking to sell property of the estate that has been abandoned.

2. That the request to waive the fee for filing the motion is granted.

3. The movant shall serve a copy of this order on the debtor, debtor's attorney and the Chapter 7 trustee within 7 days from the date of this order.

United States Bankruptcy Court
District of New Jersey

In re:    Case No. 19-26744-KCF
Bruce L. DeGeorge    Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Nov 19, 2019
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2019.
db         #+Bruce L. DeGeorge,   1001 Whispering Way,   Apt 178,   Matawan, NJ 07747-1983

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2019                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2019 at the address(es) listed below:
         Karen E. Bezner    Kbez@bellatlantic.net,    NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
         Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
          NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
         Rebecca Ann Solarz    on behalf of Creditor   PNC Bank, National Association
          rsolarz@kmllawgroup.com
         Stuart M. Nachbar    on behalf of Debtor Bruce L. DeGeorge stuart@snanj.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                           TOTAL: 5