| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE, REGION 3<br>Michael A. Artis, Esquire<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993<br>Email: Michael.A.Artis@usdoj.gov | Order Filed on November 26, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Bruce L. DeGeorge,<br><br>Debtor. | Case No.: 19-26744 (KCF)<br><br>Chapter 7<br><br>Hearing Date:<br><br>Chief Judge: Honorable Kathryn C. Ferguson |

**CONSENT ORDER EXTENDING TIME TO FILE A MOTION TO DISMISS CASE UNDER 11 U.S.C. § 707(b)(1) AND (3) AND EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727 TO DECEMBER 31, 2019**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: November 26, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

Debtor: Bruce L. DeGeorge

Chapter 7 Case No.:19-26744 (KCF)

**Consent Order Extending Time to File a Motion to Dismiss Case Under 11 U.S.C. § 707(b)(1) and (3) and Extending Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727 to December 31, 2019**

_____

THIS MATTER having been consensually opened to the Court and agreed upon by and between Andrew R. Vara, Acting United States Trustee, by and through his counsel the Office of the United States Trustee (Michael A. Artis, Esquire appearing), and the Law Office of Stuart M. Nachbar, counsel for the Debtor, (Stuart M. Nachbar, Esquire, appearing), and for other good cause shown, it is hereby;

**ORDERED** that any motion by the Acting United States Trustee to dismiss the present Chapter 7 case under 11 U.S.C. § 707(b)(1) and (3) or any complaint objecting to discharge under 11 U.S.C. § 727 by the Acting United States Trustee and/or the Chapter 7 trustee must be filed on or before **December 31, 2019**; and it is further;

**ORDERED** that the Acting United States Trustee reserves his right to seek a further extension of the time to file a motion pursuant to 11 U.S.C. § 707(b)(1) and (3) or any complaint objecting to discharge under 11 U.S.C. § 727.

| | |
|---|---|
| The form and entry of the order is hereby acknowledged and agreed to: | Without Objection: |
| Stuart M. Nachbar<br>Law Office of Stuart M. Nachbar<br>Attorney for the Debtor | Andrew R. Vara<br>Acting United States Trustee, Region 3 |
| By: _/s/Stuart M. Nachbar_<br>    Stuart M. Nachbar<br>    Attorney for the Debtor | By: _/s/Michael A. Artis_<br>    Michael A. Artis<br>    Trial Attorney |